

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-24-00315-CV
_____

AIR PRODUCTS HELIUM, INC., APPELLANT

V.

MESSER HELIUM CLIFFSIDE LLC AND CLIFFSIDE REFINERS L.P., APPELLEES

On Appeal from the 108th District Court
Potter County, Texas
Trial Court No. 112297-E-CV, Honorable Douglas R. Woodburn, Presiding

November 20, 2024

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Air Products Helium, Inc., appeals from the trial court's *Amended Temporary Injunction Order*. Now pending before this Court is Appellant's unopposed motion seeking voluntary dismissal of the appeal. The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because the motion does not reflect an agreement

of the parties concerning the payment of costs, costs will be taxed against Appellant. *See*

TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained and our mandate will

issue forthwith.


Per Curiam